UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 12-CR-20016 |
| JOSEPH CAIN HARRISON, ) | |
| Defendant. ) | |

## AGREED STATEMENT OF THE CASE

This is a criminal case charged by way of indictment. The defendant, Joseph Cain Harrison, is charged in Count One with using the mail or any facility of interstate commerce between on or about July 1, 2011, through January 20, 2012, to persuade, induce, entice or coerce a minor to engage in any criminal sexual activity. In addition, the defendant is charged with two counts of traveling from Nashville, Tennessee, to Champaign, Illinois, with the intent to engage in illicit sexual conduct with a minor on two occasions, January 13, 2012, and January 17, 2012.

The defendant is also charged with having committed the offenses of enticement of a minor and travel with the intent to engage in illicit sexual conduct while he was required to register as a sex offender from July 1, 2011, through January 20, 2012.

The defendant has pleaded not guilty.

<div style="margin-left: 40%;">
Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

*s/Elly M. Peirson*
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
Fax: (217) 373-5891
elly.peirson@usdoj.gov
</div>

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Elisabeth R. Pollock, Esq.
>Assistant Federal Defender
>300 West Main Street
>Urbana, Illinois 61801

>*s/Elly M. Peirson*
>Elly M. Peirson, IL Bar No. 6298075
>Assistant United States Attorney
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Telephone: (217) 373-5875
>Fax: (217) 373-5891
>elly.peirson@usdoj.gov